# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bennett, Mark J. | U.S. Court of Appeals, Ninth Circuit | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Judicature Society |
| 2. | Member/Owner | Beecher Hill Properties, LLC (reportable assets are included in Part VII) |
| 3. | Trustee | Trust #1 (no reportable holdings) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | State of Hawaii (defined benefit pension plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of Hawaii (pension) | $21,647.00 |
| 2. 2020 | University of Hawaii (teaching income) | $3,184.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State of Hawaii (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. George Mason Antonin Scalia School of Law | 2/1/20 - 2/9/20 | Key West, FL | Seminar | Transportation, Meals, Hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bennett, Mark J.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Indiivdual Assets (H) | | | | | | | | | |
| 2. Ally Bank (cash) | D | Interest | O | T | | | | | |
| 3. Hawaii State Credit Union (cash) | | None | J | T | | | | | |
| 4. United States Series I Savings Bonds | C | Interest | M | T | | | | | |
| 5. Precious metals (gold, silver, and platinum, bullion, and coins) | | None | N | W | | | | | |
| 6. Barclay's Bank (cash) | B | Interest | M | T | | | | | |
| 7. Marcus Goldman Sachs Bank (cash) (X) | B | Interest | M | T | | | | | |
| 8. Jackson National Life Insurance Fixed Annuity (X) | | None | M | T | | | | | |
| 9. WCP Special Core Plus Fund II, LP (X) | D | Distribution | L | T | | | | | |
| 10. WCP Real Estate Fund III, LP | A | Distribution | K | T | | | | | |
| 11. WCP Real Estate Fund IV, LP | D | Distribution | M | T | | | | | |
| 12. Private Mortgage, Binghamton, NY #2 | D | Interest | L | T | | | | | |
| 13. Private Mortgage, Binghamton, NY #3 (X) | A | Interest | J | T | | | | | |
| 14. Rental Property #1, Honolulu, Hawaii | E | Rent | N | W | | | | | |
| 15. Rental Property #2, Honolulu, Hawaii | | None | O | W | | | | | |
| 16. Rental Property #3, Honolulu, Hawaii | D | Rent | M | W | | | | | |
| 17. Rental Property #4, Honolulu, Hawaii | E | Rent | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Rental Property #5, Honolulu, Hawaii | E | Rent | O | W | | | | | |
| 19. | Rental Property #6, Owego, New York | E | Rent | M | W | | | | | |
| 20. | Skybridge Opp Zone Real Estate Inv Trust | | None | L | T | | | | | |
| 21. | Acccount #1 (H) | | | | | | | | | |
| 22. | Strategic Advisers Large Cap (FALCX) | A | Dividend | L | T | | | | | |
| 23. | Strategic Advisers Core Fund (FCSAX) (Y) | | | | | | | | | |
| 24. | Strategic Advisers Growth Fund (FSGFX) (Y) | | | | | | | | | |
| 25. | Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | Buy (add'l) | 05/29/20 | J | | |
| 26. | Strategic Advisers Small-Mid Cap Fd (FSCFX) | A | Dividend | J | T | | | | | |
| 27. | Strategic Advisers International Fund (FILFX) | A | Dividend | K | T | Buy (add'l) | 07/01/20 | J | | |
| 28. | | | | | | Buy (add'l) | 06/30/20 | J | | |
| 29. | Fidelity SAI U.S. Large Cap Index (FLCPX) (Y) | | | | | | | | | |
| 30. | Fidelity SAI International Index (FIONX) (Y) | | | | | | | | | |
| 31. | Fidelity SAI Emerg Markets Index (FERGX) (Y) | | | | | | | | | |
| 32. | AQR Managed Futures Fund Class N (AQMNX) (Y) | | | | | | | | | |
| 33. | Strategic Advisers Short Duration Fund (FAUDX) | A | Dividend | J | T | Sold (part) | 08/19/20 | J | A | |
| 34. | | | | | | Sold (part) | 09/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Strategic Advisers Income Opportunities (FPIOX) | A | Dividend | J | T | Buy (add'l) | 08/19/20 | J | | |
| 36. | Strategic Advisers Core Income Fund (FPCIX) | C | Dividend | L | T | Buy (add'l) | 01/22/20 | J | | |
| 37. | | | | | | Sold (part) | 03/09/20 | J | A | |
| 38. | | | | | | Sold (part) | 05/29/20 | J | A | |
| 39. | | | | | | Sold (part) | 06/30/20 | J | A | |
| 40. | | | | | | Buy (add'l) | 08/19/20 | J | | |
| 41. | | | | | | Sold (part) | 09/14/20 | J | A | |
| 42. | | | | | | Buy (add'l) | 12/16/20 | J | | |
| 43. | Eaton Vance GL Macro Absolute (EGRIX) | A | Dividend | J | T | | | | | |
| 44. | Pimco Commodity Real Return Inst (PCRIX) | | None | | | Sold | 05/28/20 | J | | |
| 45. | FIMM Government Portfolio: Instl CL (FRGXX) | A | Dividend | | | Buy (add'l) | 05/29/20 | J | | |
| 46. | | | | | | Sold (part) | 06/30/20 | J | | |
| 47. | | | | | | Sold | 07/31/20 | J | | |
| 48. | Cohen & Steers Realty Shares (CSRSX) | A | Dividend | J | T | Buy | 07/01/20 | J | | |
| 49. | Account #2 (H) | | | | | | | | | |
| 50. | Thompson Bond Fund (THOPX) | C | Dividend | L | T | | | | | |
| 51. | Bank Amer Corp Mtn (06051GGC7) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley Mtn (61760LBZ7) | B | Interest | K | T | | | | | |
| 53. Account #3 (H) | | | | | | | | | |
| 54. Fidelity Government Cash Reserves (FDRXX) (X) | A | Interest | J | T | | | | | |
| 55. Strategic Advisers Large Cap (FALCX) | A | Dividend | M | T | Sold (part) | 01/22/20 | J | B | |
| 56. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 57. | | | | | Sold (part) | 08/19/20 | J | A | |
| 58. | | | | | Sold (part) | 12/16/20 | J | | |
| 59. Strategic Advisers Core Fund (FCSAX) | C | Dividend | | | Buy (add'l) | 03/09/20 | J | | |
| 60. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 61. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 62. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 63. | | | | | Sold (part) | 05/19/20 | J | A | |
| 64. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 65. | | | | | Sold | 10/26/20 | J | A | |
| 66. Strategic Advisers Growth Fund (FSGFX) | C | Dividend | | | Sold (part) | 01/22/20 | J | A | |
| 67. | | | | | Sold (part) | 05/29/20 | J | A | |
| 68. | | | | | Sold (part) | 06/30/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/19/20 | J | B | |
| 70. Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 71. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 72. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 73. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 74. Strategic Advisers Small-Mid Cap Fd (FSCFX) | A | Dividend | K | T | Sold (part) | 01/22/20 | J | A | |
| 75. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 76. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 77. | | | | | Sold (part) | 06/08/20 | J | A | |
| 78. | | | | | Sold (part) | 10/26/20 | J | A | |
| 79. Strategic Advisers International Fund (FILFX) | B | Dividend | L | T | Buy (add'l) | 03/09/20 | J | | |
| 80. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 81. | | | | | Sold (part) | 06/08/20 | J | | |
| 82. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 83. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 84. Fidelity SAI U.S. Large Cap Index (FLCPX) | A | Dividend | | | Sold (part) | 01/22/20 | J | A | |
| 85. | | | | | Sold | 05/29/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Fidelity SAI International Index (FIONX) | A | Dividend | | | Sold (part) | 05/29/20 | J | | |
| 87. | | | | | Sold (part) | 06/30/20 | J | A | |
| 88. | | | | | Sold | 07/01/20 | J | A | |
| 89.  Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | | | Buy (add'l) | 01/22/20 | J | | |
| 90. | | | | | Sold (part) | 05/29/20 | J | | |
| 91. | | | | | Sold (part) | 06/30/20 | J | A | |
| 92. | | | | | Sold | 07/01/20 | J | A | |
| 93.  AQR Managed Futures Fund Class N (AQMNX) | A | Dividend | J | T | Sold (part) | 11/24/20 | J | | |
| 94. | | | | | Sold (part) | 12/16/20 | J | | |
| 95.  Cohen & Steers Realty Shares (CSRSX) | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 96. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 97. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 98.  Strategic Advisers Short Duration Fund (FAUDX) | A | Dividend | K | T | Buy (add'l) | 01/22/20 | J | | |
| 99. | | | | | Sold (part) | 03/09/20 | J | A | |
| 100. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 101. | | | | | Sold (part) | 08/19/20 | J | A | |
| 102.  Strategic Advisers Income Opportunities (FPIOX) | A | Dividend | K | T | Buy (add'l) | 05/29/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 104. | | | | | Sold (part) | 08/19/20 | J | | |
| 105. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 106. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 107. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 108. Strategic Advisers Core Income Fund (FPCIX) | D | Dividend | M | T | Buy (add'l) | 01/22/20 | J | | |
| 109. | | | | | Sold (part) | 03/09/20 | J | | |
| 110. | | | | | Sold (part) | 05/29/20 | J | A | |
| 111. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 112. | | | | | Sold (part) | 06/30/20 | J | A | |
| 113. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 114. | | | | | Sold (part) | 09/14/20 | J | A | |
| 115. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 116. Eaton Vance GL Macro Absolute Rtrn Advt A (EGRAX) | A | Dividend | J | T | | | | | |
| 117. Pimco Commodity Real Return Inst (PCRIX) | A | Dividend | | | Sold | 05/28/20 | J | | |
| 118. FIMM Government Portfolio: Instl CL (FRGXX) | A | Dividend | | | Buy (add'l) | 05/29/20 | J | | |
| 119. | | | | | Sold (part) | 06/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bennett, Mark J.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 07/31/20 | J | | |
| 121.  Account #4 (H) | | | | | | | | | |
| 122.  FDIC Insured Deposit At Wells Fargo IRA | A | Interest | J | T | | | | | |
| 123.  Touchstone Credit Oppor II Fd Cl A (TMARX) | A | Dividend | J | T | | | | | |
| 124.  Fidelity Total Bond (FTBFX) | B | Dividend | L | T | | | | | |
| 125.  American Century One Choice Inretir Inv (ARTOX) | E | Dividend | M | T | | | | | |
| 126.  Pimco Low Duration Class A (PTLAX) | A | Dividend | K | T | | | | | |
| 127.  T Rowe Price Glbl Multi Sector Bond Fd (PRSNX) | B | Dividend | L | T | | | | | |
| 128.  Amerian Finl Group Inc Ohio Note (025932AK0) | A | Interest | K | T | | | | | |
| 129.  Goldman Sachs Group Inc Note (38141GWB6) | B | Interest | L | T | | | | | |
| 130.  Ebay Inc Note Call Make Whole (278642AU7) | B | Interest | L | T | | | | | |
| 131.  Bank Amer Corp Mtn (06051GGC7) | B | Interest | L | T | | | | | |
| 132.  JPMorgan Chase & Co Note (46625HRX0) | B | Interest | L | T | | | | | |
| 133.  AXA Equitable Hldgs Inc Note (054561AJ4) | B | Interest | K | T | | | | | |
| 134.  Dowdupont Inc Note Call Make Whole (26078JAD2) | B | Interest | K | T | | | | | |
| 135.  Goldman Sachs BK USA CD 1.7% (38149MMT7) | | None | J | T | Buy | 01/08/20 | J | | |
| 136.  Account #5 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bennett, Mark J.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Strategic Advisers Large Cap (FALCX) | A | Dividend | K | T | | | | | |
| 138. Strategic Advisers Core Fund (FCSAX) (Y) | | | | | | | | | |
| 139. Strategic Advisers Growth Fund (FSGFX) (Y) | | | | | | | | | |
| 140. Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | | | | | |
| 141. Strategic Advisers Small-Mid Cap Fd (FSCFX) | A | Dividend | J | T | | | | | |
| 142. Strategic Advisers International Fund (FILFX) | A | Dividend | J | T | | | | | |
| 143. Cohen & Steers Realty Shares (CSRSX) (X) | A | Dividend | J | T | | | | | |
| 144. Fidelity SAI U.S. Large Cap Index (FLCPX) (Y) | | | | | | | | | |
| 145. Strategic Advisers Short Duration Fund (FAUDX) (Y) | | | | | | | | | |
| 146. Strategic Advisers Core Income Fund (FPCIX) | A | Dividend | K | T | Sold (part) | 03/06/20 | J | A | |
| 147. | | | | | Sold (part) | 04/01/20 | J | | |
| 148. | | | | | Sold (part) | 04/27/20 | J | A | |
| 149. Strategic Advisers Income Opportunities (FPIOX) (X) | A | Dividend | K | T | | | | | |
| 150. Account #6 (H) | | | | | | | | | |
| 151. Thompson Bond Fund (THOPX) | A | Dividend | K | T | | | | | |
| 152. Account #7 (H) | | | | | | | | | |
| 153. Prudential Stable Value Fund | | None | M | T | Buy (add'l) | 04/27/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 06/08/20 | K | | |
| 155.  Black Rock TRB Fund (MAHQX) | None | K | T | | | | | | |
| 156.  Black Rock US Large Cap Fund (BRGNX) | None | L | T | | Sold<br>(part) | 04/27/20 | K | | |
| 157. | | | | | Sold<br>(part) | 06/08/20 | K | | |
| 158.  Account #8 (H) | | | | | | | | | |
| 159.  Prudential Stable Value Fund | None | N | T | | Buy<br>(add'l) | 01/03/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 02/20/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 04/27/20 | K | | |
| 167. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 06/08/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bennett, Mark J.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 172. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 173. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 174. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 175. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 176. Black Rock TRB Fund (MAHQX) | | None | K | T | | | | | |
| 177. Black Rock US Large Cap Fund (BRGNX) | | None | N | T | Sold (part) | 04/27/20 | K | | |
| 178. | | | | | Sold (part) | 06/08/20 | K | | |
| 179. Account #9 (H) | | | | | | | | | |
| 180. Fidelity Advisor Growth Oppty Cl I (FAGCX) | C | Dividend | L | T | | | | | |
| 181. Fidelity 500 Index Fund (FXAIX) | A | Dividend | L | T | | | | | |
| 182. Fidelity Low Priced Stock (FLPSX) | B | Dividend | K | T | | | | | |
| 183. Account #10 (H) | | | | | | | | | |
| 184. Fidelity Government Cash Reserves (FDRXX) | A | Dividend | | | Sold | 05/14/20 | L | | |
| 185. Fidelity Intl Cap Appreciation Fund (FIVFX) | A | Dividend | K | T | | | | | |
| 186. Fidelity Emerging Markets (FEMKX) (X) | A | Dividend | J | T | | | | | |
| 187. Fidelity Growth Company (FDGRX) | A | Dividend | J | T | Buy (add'l) | 01/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Mark J. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 03/02/20 | J | A | |
| 189. Fidelity Blue Chip Growth (FBGRX) | A | Dividend | J | T | Buy | 03/02/20 | J | | |
| 190. American Beacon Large Cap Investor<br>(AAGPX) | B | Dividend | J | T | | | | | |
| 191. Diamond Hill Small Cap Class A (DHSCX) | A | Dividend | J | T | | | | | |
| 192. Harbor Cap App Inst (HACAX) | C | Dividend | K | T | Buy | 03/02/20 | K | | |
| 193. Oakmark Intl Investor Cl (OAKIX) | A | Dividend | J | T | | | | | |
| 194. Janus Henderson Enterprise T (JAENX) | B | Dividend | K | T | | | | | |
| 195. Lazard Emerging Mkts Equity (LZOEX) | A | Dividend | J | T | | | | | |
| 196. Morgan Sta Inst Inc Intl Equity Cl 1<br>(MSIQX) | A | Dividend | J | T | | | | | |
| 197. Invesco Oppenheimer Dev Mkts R6<br>(ODVIX) | | None | | | Sold | 05/14/20 | J | B | |
| 198. Morgan Stanley Growth Portfolio A<br>(MSEGX) | B | Dividend | J | T | Buy | 01/08/20 | J | | |
| 199. | | | | | Sold<br>(part) | 03/02/20 | J | A | |
| 200. T Rowe Price Overseas Stock I Cl (TROIX) | | None | | | Sold | 05/14/20 | J | A | |
| 201. T Rowe Price Mid Cap Value Adv<br>(TAMVX) | A | Dividend | J | T | | | | | |
| 202. Transamerica Intl Equity Cl I (TSWIX) | A | Dividend | J | T | | | | | |
| 203. Wells Fargo Special Mid Cap Adm<br>(WFMDX) | A | Dividend | J | T | | | | | |
| 204. Fidelity Tax-Free Bond (FTABX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bennett, Mark J.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Strategic Adv Tax Sensitive Short Duration (FGNSX) | A | Dividend | | | Buy (add'l) | 03/02/20 | J | | |
| 206. | | | | | Sold | 05/14/20 | K | | |
| 207. Fidelity SAI Tax Free Bond Fund (FSAJX) (Y) | | | | | | | | | |
| 208. Delaware Tax Free USA Class A (DMTFX) | A | Dividend | K | T | | | | | |
| 209. DWS Managed Muni Bond Fd S (SCMBX) | B | Dividend | L | T | | | | | |
| 210. T Rowe Price Tax Free High Yield (PRFHX) | A | Dividend | J | T | Sold (part) | 01/08/20 | J | A | |
| 211. | | | | | Sold (part) | 03/02/20 | J | A | |
| 212. Flexshares Trust Morningstar Global Upstream Nat Res (GUNR) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | | |
| 213. Ishares MSCI EAFE ETF (EFA) (Y) | | | | | | | | | |
| 214. Ishares Russell 1000 Value ETF (IWD) | A | Dividend | K | T | | | | | |
| 215. Ishares Russell 1000 Growth ETF (IWF) | | None | | | Buy | 01/09/20 | J | | |
| 216. | | | | | Sold | 03/03/20 | J | | |
| 217. Ishares Inc Core MSCI Emerging Mkts (IEMG) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 218. Select Spdr Tr Shs Ben Int Fin (XLF) | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 219. Vanguard Sector Index FDS Vanguard Finls (VFH) | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 220. Vanguard Index FDS Vanguard Growth (VUG) | A | Dividend | J | T | Buy (add'l) | 03/03/20 | J | | |
| 221. Ishares TR US Treas BD ETF (GOVT) | A | Dividend | J | T | Buy | 05/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 8: Inadvertently omitted from prior report.

Parenthetical numbers in Part VII are CUSIP numbers.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

American Century One Choice Inretir Inv (ARTOX) was American Century One Choice 2020 INV (ARBVX).
Morgan Sta Inst Inc Internal Equity (MIQBX) was Morgan Sta Inst Inc Intl Equity Cl 1 (MSIQX).
Touchstone Credit Oppor II Fd Cl A (TMARX) was Touchstone Merger Arbitrage Fund Cl A (TMGAX).
Part VII, Strategic Advisers Large Cap (FALCX) was Strategic Advisers Value Fund (FVSAX).

Part VII, Private Mortgage, Binghamton, NY #2: the debtor is ▮▮▮▮▮▮▮ .
Private Mortgage, Binghamton, NY #3: the debtor is ▮▮▮▮▮ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark J. Bennett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544